

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

Patrick Lionel Guillory
_____
(Name of Plaintiff)

vs.

Snohomish County Jail
_____
Steve Thompson
_____
David Oster
_____

_____
(Names of Defendants)

**CV06   0747** *MJP*

*MJB*

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

06-CV-00747-CMP

**I. Previous Lawsuits:**

    A.  Have you brought any other lawsuits in any federal court in the United States while a prisoner:

    ☒ Yes      ☐ No

    B.  If your answer to A is yes, how many?: _____N/A_____ Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

    1.  Parties to this previous lawsuit:

        Plaintiff _N/A_____

        Defendants _N/A_____

1

2.  Court (give name of District)

_____ N/A _____

3.  Docket Number ___N/A_____

4.  Name of judge to whom case was assigned ____N/A_____

5.  Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)
_____ N/A _____

6.  Approximate date of filing lawsuit ____N/A_____

7.  Approximate date of disposition ___N/A_____

II. **Place of Present Confinement:** _Snohomish County Jail_____

A.  Is there a prisoner grievance procedure available at this institution?    ☒ Yes       ☐ No

B.  Have you filed any grievances concerning the facts relating to this complaint?
                                                          ☒ Yes       ☐ No
    If your answer is NO, explain why not _____
    _____

C.  Is the grievance process completed?                   ☒ Yes       ☐ No

    **If your answer is YES, ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

III. **Parties to this Complaint**

A.  Name of Plaintiff: _Patrick Lionel Guillory_ Inmate No.: _414981_

    Address: _3025 Oakes Ave, Everett Washington  98201_

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B.  Defendant _Snohomish County Jail_; official position _State Jail_;
place of employment ____N/A_____.

2

C. Additional defendants   Steve Thompson   (Director)
David Oster   (Supervisor)
Location: 3025 Oakes Ave,
Everett, Washington
98201

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

The Snohomish County Jail Refuse to take Any Action on Sexual Assault in forms of Groping And Fondaling By Female Staff. David Oster stated on 05-10\06 @ 1:13 pm to me that His Jail Policy Permitts His Female Deputies to touch male Inmates whenever And wherever in "Pat Downs", But male CO'S is not Allowed to touch Females Inmates, I Along with, many others-whose written statements is included have Been Patted Down Sexually. The touching of the Penis + testicals through clothing is normal Policy Here, By Female Staff. Kites And Grievances Do not stop Steve Thompson's Jail "Director" Policy, Sexual Harr- Assment, Abuse of Power, And Groping is Allowed in this Jail. Example: when I come from court or church and Ask to Be searched By Males - I'm only told to "Face the Wall" By Female CO'S. Avoiding consequences - I obey. Then I'm Groped And touched on Private Areas with Plastic Gloves, on 5\6\06 C\o Sigh (Female) stated At 10:50 AM when I came out of church that " IF I was a Female would I want a MAN TOUCHING All OVER ME?' then I Asked Her the Question of why Male CO'S can't Search Females, But Female correction officers can search male Inmates, on 5\5\06 2\15 pm CO Burnett (male) stated to me that "It'S A Security And Libility Risk for Male Correc- tion officers to search females Inmates." Sexual Discrimination is Also on the List of the Sexual Assaults. Sexual Harrassment Goes Both ways, But they wont listen to me. David Oster (Supervisor) States His Policy on Letting Inmates into the Law Library is totally up to the Jail Policy "Criteria", yet Does not state that criteria in Any form nor fashion from the law books nor Present the Policy. This was stated in writing 5/7/06 And Verbal 5/10/06 @ 1:13 pm in 3-south. No one fights for their Rights Here. Medical & Dental Refuse to Answer Kites As if their A joke, on 5\10\06 3:35 AM I Asked CO Gary for Medical Emergancy Attention for my Head & she stated "I was Bothering Her". I Had to Hit the "man Down" Button in my cell - Then A nurse Gave me Help while I was in tears. Sexual Assualt And A whole Lot of sitting Around Goes on Around Here. I Kited Mental Helth for Depression from those issues, they sent me A Book on "Relaxing"

Statement of claim (Part 2)  3[B]

5/8/06 - 2:05pm, spoke with my counselor Steve Shedrick About my issue of the Female CO's Groping And Fondling. He stated "There is nothing you can Do About it, Because it's Jail Policy. Female CO's can touch Male Inmates whenever they want." He showed Absolutly no concern for Sexual Assult victims. Four Days Later while Handing me the 42 U.S.C. Civil Rights complaint = He stated " I can't Help you with none of this Paperwork."

Finally on 5/7/06, the Day Before this = I talked to C/O TuBoult (SP) in 3-south About the manner in which Female C/O's Had Not Equal Rights with this Jail, But SPECIAL Rights, when coming to Searching the Males - He stated that "My Whole Manner in which I'm Going About this Makes A Good Point on why this matter Had never Been Addressed." But I was concern when He said "Your Making A Paper Trail for Yourself." That was the exzact moment I Knew that I was Alone — Not As A victim, But As A Inmate Presenting Facts About the Poison of the Policy At this Jail contaminating Personal. Therefore, I present this statement of claim to the U.S. District Court in the State of Washington with Full Assurance that Justice will Prevail over Silence And Secrets.

X, Patrick Gully
5/13/06

*Willing to Give My Account of this in The Federal Court of Law

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like to Have the Federal Conerment Investigate these MAtters of SexuAL Assult Placed on me By JAiL StAff. Other victim statements Are included. Also I would like to receive some Professional counseling on Being Sexnally Assulted By those in authority, Here at this JAiL By the FemAle Staff. It would ReAlly Be Nice to the Future inmates to HAve Access to the Law from the Law LiBrARY. The Policy And Procedure of "Searching" from this JAiL Need to Be open to your court Along with the Hidden "Criteria" stated from DAvid oster. I seek $1,000,000 (one million DollARs in sexuAL DAmAge for counsling, meds, MentAL Anguish, + SpiriAl Suffering. Good Bless You.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of ___MAY___ , 19 2006

(Signature of Plaintiff)

11

5/7/06                          Statement # 4

BY- Patrick Lionel Guillory # 414981

RE = Sexual Assault By Female Staff,
By Sticking their Hands inside my elastic Pants
And Groping Private Area and Buttox,

To Whom it may concern.

I am a Inmate at the Snhomish County Jail, Located
in Everett Washington. I write this statement Because
I have Been sexually Assulted And Touched inappropriatly
By female Staff. Correction= The Female Staff consist
of Correction officers only. I feared telling anyone Be-
cause I Didn't want to Get in any trouble, but when I Broke
the news to my mother she just Handed the Phone to my DAD.
Then He said He is going to have to set her an Appointment
to see our Doctor for stress. My DAD took the news with
Hurt. I then told the chaplins of this Jail of the abuse & they
said it was wrong Also. While in Bible study I Brought
the issue up to other Guys said the same thing of the groping.
The first Part of my Healing came. when I realized I was not
Alone. I Hope & Pray this matter Be Addressed as soon as possible.
Every 10 Minutes a child is molested in America, every minute People Kill
themselves with Drugs to numb the Pain of sex abuse, maby this is some-
thing I should have kept a secret, I'm laughed at cause many
Don't understand. Out of All the People I wish to speak to, it
wouldn't Be the Doctors, sergeants, nor Friends. But I would
Like to speak to the one who Has lost the shame of sex abuse
And speak loud against it. This statement is only
my First wisper. Please Help. x Patrick Guillory 414981
                                                    snohomish county

All I wish To Say is That Americans
Didn'T Believe The Abuse in The Nazie Camps by
Hitler Til They wenT There and saw iT with
There own eyes, I wish Someone would Come Here.
WriTing KiTes is A waste of The Tax payers money.

5-11-06

x Steven R Jones

# 416947



STATEMENT
# 5

STATMENT #1    Willing to provide Sworn Testimony

A. Bourgeois  425-210-5283
12015 Marine Dr. #328
Tulalip WA 98271

I Anthony Bourgeois was Incarcerated 4-16-06
At Snohomish County Jail While I was HERE I
Imediatley Filled out Kites to Recieve my Heart
Medicine & Pain Medicine for A Cronic Injury
(Two Trama III Injuries). I Suffered Horribly
With Heart Palpitation's Throughout my Body
Also Suffered Intense Nerve Pain from my
Injuries. After Three Kites And pleading with
Nurses Daily I Started filling out Greivences
Approx (Seven) of Them. After Three Weeks
They Tried me on Their medication not mine.
It Failed to Work, Eventually They Ordered
Mine, But I Feel The Suffering was Unreasonable
Neglect of Medical Needs. My Life was In
Danger I thought I was gonna Die.
My Buzzer-Intercom In Room went unAnswered.
I was Also Felt-up so to Speak By A fiemale quard
for no Apparent Reason on Approx 4-30-6    5-10-06
Anthony Bourgeois
Anthony Bourgeois

STATEMENT
#2

5-10-06   I MARK WALKER, INMATE # 78163
During my stay in the Snohomish
Co. Jail. from 8-18-05 to 8-18-06
have been touched in my private
AREA'S, by male and female
Gaurd's going to and from locations
in the Jail. The Snohomish co
gaurds do a pat down search,
but some of the gaurds have
pulled back the elastice on my
uniform and undershort's, Then
feeling with thier finger's inside.
my wasteband, on my bare skin
the top of my hips and penis.
this is not a pat down search.
I feel that i have been sexual
Violated. I was sexual Abused
when i was young. Something i don't
like to talk About. Female gaurds
should not be Allowed to search
male inmate's. I will testify
this in a court of Law, I can
be reached At 14807 goebel hill Rd.
Granite falls WA. 98552

Mark A. Walker

I have Been victimized By female staff
At This Jail bygroping. Since I have been here.
They Did not Touch me on my Privateparts in
Watcam Couty Jail. Sexual assuatt is agahisy
The law. And should not be Done by those with
a barDge. Tim Beccy AlSO I am Willing To Testify
in court. That co spragua nands was In my pants
around my Private area. Tim Beccy

405107 5/9/06

Berry

Tim Berry
4621 EASt Street #19
Blaine W.A. 98230
(360) 371 3960
~360~

Statement
#3 A

I Timothy Berry have not received any written responce To my
sexual assuadt Grivance. All A Sargent ToID me is That his Dupities
Do what They want. he said At 9:30 Am ToDay when he pulled
me out my Maudle. he did not give Any copy from my Grivance.
So I assume That it will get Thrown Alvay kike All The Best of my
Kites. please Rome help me

Tim Berry

10:15 AM

Statement 3



**SNOHOMISH COUNTY CORRECTIONS**
**STEVE THOMPSON, DIRECTOR**
**3000 ROCKEFELLER AVENUE**
**EVERETT, WA 98201**
**(425) 388-3395**

# M E M O R A N D U M

TO:       Patrick Guillory          414981      3S — 3 (

FROM:    David Oster, Counseling / Classification Supervisor

DATE:    May 7, 2006

SUBJECT:   **Request For Law Library Materials**

We have received your request for materials from the jail law library.

**If your request is in reference to your criminal case and you are represented by the Public Defender's Office, Office of Public Defense; Association of Attorneys for the Accused or a private attorney, we cannot assist you. You are to contact your attorney regarding all issues related to your criminal case.**

If you are pro se it is your burden to provide this department with written documentation from the court indicating your status. Please fill out the bottom portion and return. Once we have received this documentation, we will meet with you and determine the extent of services you will need, based on your circumstances.

**If your request is in reference to a civil matter, the department can only assist you if you are challenging the conditions of or fact of your incarceration in this jail.** If the civil matter you are pursuing does not meet these criteria, you cannot receive assistance from the jail law library and you are not to send further kites. If your request does meet these criteria, please send another kite stating clearly, what you are attempting to accomplish. We then meet with you, respond to your request with proper forms and instructions, or provide you a written denial of service.

It is our intent to provide the services we are legally required to provide.   Although possibly inconvenient for you, we believe these guidelines meet those criteria.

■ ─ ■ ─ ■ ─ ■ ─ ■ ─ ■ ─ ■ ─ ■ ─ ■ ─ ■ ─ ■ ─ ■ ─ ■ ─ ■ ─ ■

**Return to: Classification Office**

Court(s) and Case Number(s):_____

Prosecutors Name: _____

Court Appointed standby Attorneys Name: _____

Thank you

Evidence # 2 A,

14

## SNOHOMISH COUNTY CORRECTIONS
### MENTAL HEALTH MEMO TO INMATE

Name _Guillory, Patrick_ CIN# _414981_ Module _3S-31_

*We received your referral/request and are responding as follows:*

☐ If you are kiting about sleep disturbance, please refer to the Sleep Management Memo for suggestions on how to cope.

☐ We are still awaiting treatment or medication confirmation from your provider.

☒ We believe your issues would be better addressed with your personal care provider after your release from jail.

☒ We do not provide routine counseling or therapy sessions for inmates.

☒ We do not perform court-ordered mental health evaluations.

☐ We need more information in order to respond to your request. Please rekite with more specifics.

☐ Your issues are outside the scope of the MHP office and have been referred to:

➢ Medical staff

➢ Sergeant's office

➢ Classification/Counseling staff

➢ Jail Administration

➢ Other _____

Staff comments: _m. Guillory: attatched, you will find handouts that could be helpful to you._

_T. Chatto, MHP_
**Mental Health Staff**

_05-08-06_
**Date**

7 AM

5/9/06 = Mental Health Makes every Attempt Not to see Anyone. This is Done By Destroying Kites, Sending out Memo's, And Sending me Fitness workout Book to Relax, Patro Luira 7:03 AM 5/9/06

# 3

# Progressive Relaxation

You cannot have the feeling of warm well-being in your body and at the same time experience psychological stress. Progressive relaxation of your muscles reduces pulse rate and blood pressure as well as decreasing perspiration and respiration rates. Deep muscle relaxation, when successfully mastered, can be used as an anti-anxiety pill.

Edmund Jacobson, a Chicago physician, published the book *Progressive Relaxation* in 1929. In this book he described his deep muscle relaxation technique, which he asserted required no imagination, willpower or suggestion. His technique is based on the premise that the body responds to anxiety-provoking thoughts and events with muscle tension. This physiological tension, in turn, increases the subjective experience of anxiety. Deep muscle relaxation reduces physiological tension and is incompatible with anxiety: The habit of responding with one blocks the habit of responding with the other.

## Symptom Effectiveness

Excellent results have been found in the treatment of muscular tension, anxiety, insomnia, depression, fatigue, irritable bowel, muscle spasms, neck and back pain, high blood pressure, mild phobias and stuttering.

## Time for Mastery

One to two weeks. Two 15 minute sessions per day.

## Instructions

Most people do not realize which of their muscles are chronically tense. Progressive relaxation provides a way of identifying particular muscles and muscle groups and distinguishing between sensations of tension and deep relaxation. Four major muscle groups will be covered:

5/9/06 7:05 AM = Front Page of what Mental Health Sent Me when I told them I was Depress From Sexual Assult By Guards In this Jail.

SONG

Give Thanks, With A Greatful Heart
Give Thanks, - to the Holy One
Give Thanks - Because He's Given
Jesus Christ His Son,

And now let the weak say I am Strong
Let the Poor say I am ~~Poors~~ Rich.
Because of what the Lord Has Done
-for us --    Give Thanks

Evidence # 3A

# Snohomish County Corrections
# Service Kite

3-South

MODULE:_____ BED# (31)

NAME: Patrick Guillory  CIN# 4498  BIN# 141E  DATE: 5-9/06

**CHECK APPROPRIATE BOX:**

[ ] CHAPLAIN  [ ] CLASSIFICATION  [ ] COUNSELING  [ ] KITCHEN
[ ] MEDICAL  [ ] COMMISSARY  [ ] SERGEANT  [ ] MODULE OFFICER
[ ] PROPERTY  [ ] RECORDS  [ ] MENTAL HEALTH PROFESSIONAL
[ ] PUBLIC DEFENDER(SNOHOMISH COUNTY)  [ ] AAA (EVERETT MUNICIPAL PUBLIC DEFENDER)
[X] JAIL LAW LIBRARY  [ ] OFFICE OF PUBLIC DEFENSE  (PRETRIAL SERVICES)

ATTORNEY NAME:_____

MESSAGE: Still would like to Know what statue is being violated by this jail in my rights by not letting me Attend the service of access to law in my pro-se claim against this jail - Please Respone to this kite. C.O. Infald is working 6:30pm - 5/9/06 - who Handed me this kite personally. I thank you in Advance for your intent to help.

SIGNATURE:_____

RESPONSE: We are not violating any statutes. If you continue to use service kites over the same issues, you are abusing kites and may be written up for abuse of services. You have not provided proof of your pro se status.

SIGNATURE: Pat Pendry

5/11/06 12 AM = Just Received Mail under Door. - Please Let this time As evidence that you must be Pro-se, with No statue Fim Law Books = only Treats of Being written up. They Are more concerned About Abuse of Paper then Abuse ~~___~~ of Sexual Groping on Inmaks. Pat Guillory

*17*

*Evidence # 3 B*

# Snohomish County Corrections
# Service Kite

MODULE: 3-South   BED# 31

NAME: Patrick Guillory   CIN# 44981   BIN# 147   DATE: 5/11/06

**CHECK APPROPRIATE BOX:**

☐ CHAPLAIN   ☐ CLASSIFICATION   ☐ COUNSELING   ☐ KITCHEN
☐ MEDICAL   ☐ COMMISSARY   ☒ SERGEANT   ☐ MODULE OFFICER
☐ PROPERTY   ☐ RECORDS   ☐ MENTAL HEALTH PROFESSIONAL
☐ PUBLIC DEFENDER (SNOHOMISH COUNTY)   ☐ AAA (EVERETT MUNICIPAL PUBLIC DEFENDER)
☐ JAIL LAW LIBRARY   ☐ OFFICE OF PUBLIC DEFENSE  (PRETRIAL SERVICES)

ATTORNEY NAME: _____

MESSAGE:

I Requested the Policy + Procedure Concerning
Pat Down Searches Here At Snohomish County
Jail, I asked for Just this One Procedure Only,
But Was Denied. The Sergeant Did Not Sign
My Last Kite, Can you Please Answer And Sign My
Kite. This is Evidence for the United States
District Court Western Division, in Regard to A Civil
Rights Complaint Under 42 USC § 1983. Thank You Sergeant

SIGNATURE: Patrick Guillory

RESPONSE:

Denied. You must use the Legal System
for this type of thing.

SIGNATURE: Sgt. Jones

4:42 pm - 5/12/06 = MR OR MRS Government Worker. They tell Me to use the
Legal system, then Deny Me Access to the Law
Library. This Action Goes Back And Forth with sergeants,
co's, And Medical. This is why I (we) need your Help. Thank you.

*Evidence # 4A*

# Snohomish County Corrections
# Service Kite

MODULE: _3-South_  BED# _31_

NAME: _Patrick Guillory_  CIN# _44981_  BIN#_____  DATE:_____

**CHECK APPROPRIATE BOX:**

[] CHAPLAIN   [] CLASSIFICATION   [] COUNSELING   [] KITCHEN
[] MEDICAL   [] COMMISSARY   [] SERGEANT   [] MODULE OFFICER
[] PROPERTY   [] RECORDS   [] MENTAL HEALTH PROFESSIONAL
[] PUBLIC DEFENDER (SNOHOMISH COUNTY)  [] AAA (EVERETT MUNICIPAL PUBLIC DEFENDER)
[X] JAIL LAW LIBRARY   [] OFFICE OF PUBLIC DEFENSE  (PRETRIAL SERVICES)

ATTORNEY NAME: _____

MESSAGE:
David - When ever Possible can you send me the
Final Grievance so I can attach it to the Civil Rights
Complaint under 42 USC & 1983. Thank you for your
Assistance.

SIGNATURE: _Patrick Guillory_

RESPONSE:
You receive a copy of each grievance
you file with a staff response.
This is the "final" copy.

SIGNATURE: _David M Oster_

5/13/06 = Responce FROM MR Oster, NO Grivance Responce is Attched
From MY LAST Grivance. C/O GARY is working tonight. There For I
Will send in MY Civil Right Complaint Without A Responce FROM MY
Grivance From Staff, (Happens often Here) I understad you need this under II
Place of confinement PAGe 2 (Caption C) You MAY Have to Supena this From MR. Oster.
THANKS.

# SCC PRISONER GRIEVANCE/APPEAL

I have read the rules for filing grievances in the orientation pamphlet. I certify that this is not a frivolous grievance and that I have tried all other ways of handling this problem, including writing a kite and speaking to a staff member.

Signature _Patrick G. Muller_

NAME: _Patrick G. Muller_ (Print)     MODULE: _3 South_  DATE: _5/8/0_

My grievance/appeal is about:   Operation of Module _____     Food Service _____

Medical _____   Good Time _____   Disciplinary Action _____   Other _C/O Comm_

**Describe Problem & Requested Action:**

On 5/6/06 at appox 1150pm, I asked C/O Seth Osborn on left hall why they C/O can't search female inmates, his comment was "If you was a female, would you want a man touching all over you", my response was "Thats the most sexually derogitory harassing statement I've ever heard, why do female C/O touch males?" She just smiled with the comment, Requested Action: That no such would regin from sexually derogatory statements.

Have you tried to solve this problem by speaking with Staff?   (Yes)/ No

Who? _C/O Tibbit - #511166_   What was the answer? _He stated I had a good point on why this has not been addressed._

Have you filed a grievance before on this subject?   No (One)/ Two   Who answered it? _5/5/06_
_not yet. Scott not answered._

Received from prisoner by: _____ (Staff)     _____ (Date/Time)

Delivered to:   _____ Shift Commander (Module Operations, property, lockdown)

_____ Program Supervisor (food, medical, commissary, counseling, Work Release)

_____ Administrative Officer (discipline)   _____ Classification (good time, housing assignment)

_____ Manager (2nd grievance)   _____ Director (3rd grievance)

Received by: _____ (Staff)     _____ (Date/Time)

Answer: _____

_____

_____

### Best scanned image available.

Signature: _____     Date: _____

Delivered to prisoner by: _____ (Staff)     _____ (Date/Time)   _____ (Prisoner Initial)

Only one grievance per form. Prisoners not satisfied with response must refile grievance within three (3) work days of receiving answer. Attach copy of previous response(s).

scc-tp

Distribution     White: SCC File     Yellow: Response to Prisoner     Pink: Prisoner

# SCC PRISONER GRIEVANCE/APPEAL

Exhibit 4C

I have read the rules for filing grievances in the orientation pamphlet. I __certify__ that this is not a frivolous grievance and that I have tried all other ways of handling this problem, including writing a kite and speaking to a staff member.

Signature: _Patrick Crilly_

NAME: _Patrick Crilly_ (Print)     MODULE: _N South_   DATE: _5-7-06_

My grievance/(appeal) is about:   Operation of Module _____   Food Service _____

Medical _____   Good Time _____   Disciplinary Action _____   Other _Appeal_

Describe Problem & Requested Action: F_ _ l Grievance Re sexual harassment, gropings, And Discriment_
_I withdrew the Grievance Because I sought other methods_
_to handle my Problem. After talking to two Chaplins, they in-_
_Sisted that I was Correct. Since no Action of me being Allowed_
_He law Chinly office, I filed A mt [...] the court clerks office Against the_
_Jail, But Areas that [...] B.) won Descrimination, Abuse of Power, D.) Failure to Act on_
_Law, E.) Denial of medical medi Health, F.) Interfere with to serve (my in-court Kites),_
_In the event of [...] Statements of other [...] Attached from #11 + #12_
_[...] Bregit to Request Ans_
Have you tried to solve this problem by speaking with Staff?   (Yes)/No   _[...]_
Who? _Smith_   What was the answer? _[...]_
_[...] _
Have you filed a grievance before on this subject?   No / One /(Two)   Who answered it? _[...]_
_Kites Attached._

Received from prisoner by: _J. Gove_ (Staff)     _5-9-06 / 0900_ (Date/Time)

Delivered to:   _____ Shift Commander (Module Operations, property, lockdown)

_____ Program Supervisor (food, medical, commissary, counseling, Work Release)

_____ Administrative Officer (discipline)   _____ Classification (good time, housing assignment)

_____ Manager (2nd grievance)   _____ Director (3rd grievance)

Received by: _____ (Staff)     _____ (Date/Time)

Answer: _____

_____

## Best scanned image available.

_____

Signature: _____   Date: _____

Delivered to prisoner by: _____ (Staff)     _____ (Date/Time)     _____ (Prisoner Initial)

Only one grievance per form. Prisoners not satisfied with response must refile grievance within three (3) work days of receiving answer. Attach copy of previous response(s).

SCC-80        Distribution        White: SCC File        Yellow: Response to Prisoner        Pink: Prisoner

'DeaR MR or MRS Governmat WORKeR!

Good MORNing. I Patrick GuilloRY wish to Send All this inBormation to you BY Route of MY PARents, JAIL STABB And counslers Refused to tAke the $150 Filing Bee off MY BOOKS, Also refused to MAKe the NeSSARY copies to Assist All Parties in this ClAim. This is somthing I NeveR Done BeBor so I Ask YouR PAtience in RegArd to MY spelling And ORDeR in which I ARRAinged these Documents.

As aB 5/13/06 PG. 11'AM I HAve Not Received A FiNAL Grivence Brom STABB (NORMAL HeRe) in RegArd to MY Issues stAted in MY stAtement of ClAiM. TheReBor today I Am Putting All PAperwork (oRiGiNALS) in the MAIL And MY MOM & DAD Will MAKe the NeSSARY copies to Assist All Parties involved.

PleAse Send MY Returned copY HeRe to this JAIL At 3025 OAKes Ave, EverreTT, WA, 98201. (PleAse MAKe A Note that MY OHiO ALeus (AKA) is Timithy Hunter 500-090)

FirALLY iB there is Anything I Missed in this ClAim, PleAse write to Me. I Along with severAC others wish to stop the SexuAL AssuAlts in snohomsh county & Denied Access to LAW And MedicAL Attentions

Sincerly — Patrick Shull 11.26 AM.

ADDed Complaint to The
U.S. Federal Court

I Am witness to the Fact that Snohomish County
JAiL HAS A VERY CLeAR Cooking Dish that is
Used foR U.S. MAiL Service. This Gives
INmate MAiL High Risk to theft And FAmily
ADDress' MAde Known to otheR INmAtes, Since
theRe is No Lid on this cooking Dish noR Lock.
Service Kites to MentAL HeALTh, RecoRds, And
The PuBLic DefendeRs office is PLAced in this
Dish foR *wALking eyes to see, Since its
PLAced Above the Telephones. I Believe thAt un-
Returned Kites is TAMPeRing with Evidence, VioLAting
A PostAL Regulation since my Kite shAre the SAme
Enclosure As US.MAiL. I sign my nAme to witness
that this statement is TRue.  X Mark A Miller #78163
X, Patrick Guillory 414981    X Andrew Bourgeois #100048
X Marise Whitehead 417358    X Uff: 100739
X ARRON HilLMAN
X Paul Allaire 32558    X Clinton Ming
                           130596
X Tochtli Miramontes #173905    X Bruce A. Baker #230624
X Edward C. Ramsey 400797    X ____ Brian Oller #341514
X Kevin Radasa #334847    X Jesse B. 316117
X Eric Benshoof #103298    X Steven Jones 416947

# SNOHOMISH COUNTY CORRECTIONS
## PRISONER ORIENTATION

You have been booked into the Snohomish County Jail on a charge(s) that requires your detention and availability to the courts until the charge(s) has been dismissed or until you bail out or satisfied through a court judgment. While you are detained in jail, you are responsible for following the rules, regulations and procedures in this handout and any information or posted notices.

## EMERGENCIES

In the event of an emergency in the module, get the attention of the module Officer by using the call button in your cell or calling loudly, "Module Officer, Emergency." When the Officer arrives, state the emergency, then stand clear. If the Officer needs your help, respond to the request in a quick and cooperative manner. During emergencies, quickly respond to all directions and orders given by staff. The call button in your cell or dorm, is normally used for emergencies unless you are locked down. Unnecessary use of the call button may result in disciplinary action.

## LEGAL REPRESENTATION

Everyone booked into the Snohomish County Jail is entitled to legal counsel. If you do not have an attorney and cannot afford one and are booked on a felony charge, you will be screened by the Department of Assigned Counsel for the Public Defender's Office to determine if you are wholly or partially indigent. If you are able to contribute some part of the financial cost of legal counsel, you may be asked to make a payment and/or sign a promissory note. If you are booked on a misdemeanor (State) charges filed in Everett, South, Evergreen or Cascade District Court and cannot afford an attorney, you should ask the Judge to appoint counsel for you or refer you to the Office of Assigned Counsel.

## BAIL OR BOND

Bail may be posted 24-hours a day, either by cash or by an authorized bonding company. See posted listing of bonding companies. You may call a bondsman after you are booked. (Charge is approximately 15% of the bail amount.)

## PERSONAL RECOGNIZANCE INTERVIEW AND RELEASE

A personal recognizance release (PR) does not require the posting of cash bail or bond. It is a release based on your honor to appear for future court proceedings. The court will consider such factors as employment status, ties to the community, permanent address, charges, prior record, etc. This release will be granted by the Court to a person meeting the criteria at his/her first court appearance.

## FIRST APPEARANCE COURT SCHEDULE (Approximate Times)

CASCADE DISTRICT: Monday-Friday, 8:30 A.M. Misdemeanor charges.
EVERETT DISTRICT: Monday-Friday, 1:00 P.M. Felony charges.
EVERETT MUNICIPAL COURT: Monday-Friday, 11:30 A.M. City of Everett misdemeanor charges.
SOUTH DISTRICT, EVERETT DISTRICT AND EVERGREEN DISTRICT COURTS: Monday-Friday, 9:30 A.M., Misdemeanor charges and State Patrol arrests. Some South County charges may be heard in Everett District Court.
SUPERIOR COURT: Monday-Friday, 2:00 P.M., First appearance, probation violations, arraignments, bail reviews, fugitive from justice, and other felony motions.
SUNDAY COURT: Probable Cause Review Hearings for South District, Evergreen District, Cascade District, Everett District and Everett Municipal Court are generally held on Sunday. They may be held on different days during holiday weekends in order to comply with court rules. These hearings will review all new probable cause charges only (no warrants). You will not appear before a judge for these hearings. The Judge will review the charges holding you and make a determination to release you or make adjustments to your bail amount. You will receive a copy of any paper work generated at this hearing. You will physically appear in court on the next available court date if you are not released.

---

Toothbrush .................................................. 1
Soap (bars) ................................................ 2
Shoes (soft soled, Jail issue or shower thongs) (pair) ... 2
Shampoo .................................................... 2
Hair Conditioner ........................................... 1
Feminine Hygiene Items (Tampons/Pads)
Authorized Art Work/Supplies:
Colored Pencils (set) ...................................... 1
Pen, Ballpoint ............................................. 1
Underwear: Short/Long (set) ................................ 2
Commissary Ponytail Band ................................... 3
Socks (pair) ............................................... 1
Dentures & Case ............................................ 3
Eyeglasses (pair) .......................................... 1
Artificial Limbs (except hook type) ........................ 2
Hearing Aid (extra batteries with Module Officer)
Contacts, Solution/Case
Books/Magazines ................................. 3 total

Exception: educational/religious materials/legal books. (Limit may be set by Counseling Supervisor). No hard cover books. Exception: school books

Personal Papers (limit 10 letters). Excess to be stored in property bin

Photos: 2 single photos on desk, (10 limit-no larger than 4x6. No Polaroid and no pornographic photos (subject to approval or disapproval by Supervisor)

Legal Papers (to fit in ONE expanding file)

Anything authorized by Medical or the Lieutenant. (DOCUMENTATION NECESSARY)

ALL ITEMS MUST BE STORED IN YOUR BIN BOX WHEN NOT IN USE. ITEMS RESTRICTED IN MAXIMUM SECURITY AND SEGREGATION AREAS. SEE POSTED LIST.

11/30/00

As of 5/13/06
These Are All He
Rules,
(These Rules Are
Not On 8X11 Paper
Will US District Court
Accept this As Evidence?
With My 42 U.S.C. 1983
PlaintiFF

7/02

## TELEPHONES

Phones are available in each module. These phones are collect call only, except the phone to the Public Defender and Assigned Counsel. Fifteen (15) minute time limit on phone calls. Attempt at circumventing collect calls, i.e. three-way, could result in loss of phone privileges. Using phone to harass or violate policy could result in new charges. Phones are turned off between the hours of 2315 to 0630.

## CLASSIFICATION

You will be interviewed and classified based upon your behavior, current charge and past criminal history. The housing areas are Intake, General, Special Housing, Maximum Security and Segregation. If you want to change your classification, send a request to the Classification Unit. If your request is denied, you may appeal in writing to the Director. There are also several alternative housing options, as described below. You must wear your classification wrist band at all times. Removing your ID band, will result in a rule violation.

## ALTERNATE HOUSING

Snohomish County Corrections maintains several alternatives to being housed in Jail. These include Work Release, Home Detention, Camp Evergreen and Indian Ridge. Qualifications for each program vary. Inmate Workers are assigned out of 3 South. Inmates housed at Indian Ridge provide manual labor at a variety of sites throughout the County. If you are interested in one of these programs, speak to the Counselor or Officer assigned to your module. Applications for these programs are available from the Module Officer or Counselor.

## MODULE OFFICER

Check with the Module Officer about release dates, property release, visiting, module rules and property inventory in bin.

## MEDICAL

Per RCW 76.10, prisoners are financially responsible for the costs of their medical care. However, you will not be denied emergency medical care due to lack of funds.

## PROPERTY

The Jail will only accept money for your account or clothing for SCHEDULED felony jury trials (two (2) sets maximum). Prior approval of Lieutenant must be obtained for the clothing. The Jail is not responsible for loss or damage of personal property including clothing. With approval, you may release money only during the first 72 hours you are in custody. If you release property, you must agree to release all property except clothing and money. You may release all of your property if you are scheduled to be sent to prison. Forms will be provided prior to leaving. A property form is available from the Module Officer and must be completed to release property or request property from your storage bin.

## COMMISSARY

Modules will order commissary on different nights according to the commissary schedule. You must have funds on your account when this order is placed. Money deposited after you order will not be available for commissary purchases until the following week. Orders for Camp Evergreen and Indian Ridge will be delivered on Wednesday. Orders for Floor 5 will be delivered Tuesday Swing Shift. Orders for Floor 3 will be delivered Wednesday Swing Shift. Orders for Floors 2 & 4 will be delivered on Thursday Swing Shift. The scheduled day may change during holiday weeks. Prisoners without funds may order hygiene paks once a week. The order form is located on the back of the Commissary order form. Any amount owed for indigent items will be deducted from funds deposited into your account. See posted notices for additional information. New bookings may order hygiene paks on a Service Kite to Commissary. All commissary items require a 6-digit inmate number. Add a zero at the front of 5-digit numbers. Forms must be filled out completely in pencil and signed to insure commissary delivery. You must retain your receipts for proof of purchase, otherwise you could lose your property.

---

Everett, WA 98201
Phone: 425 / 252-3191

For emergency shelter and counseling for individuals and family, contact:

Gospel Mission (men)       Gospel Mission (women)
3711 Smith Avenue          5112 S 2nd Avenue
Everett, WA 98201          Everett, WA 98203
Phone: 425 / 252-4776      Phone: 425 / 252-1206

See Counselor for further information.

## STANDARDS FOR CELL APPEARANCE

The following standards are for the appearance of your cell. These standards WILL BE FOLLOWED. These standards apply to both cells and dorm areas.

A. BED

Your bed will be made in the following manner when you are not in your cell or area:
1. All linen must be used or left in bin box.
2. All linen edges will be tucked under the mattress.
3. On Jail inspection days, you may be required to make your bed in a uniform manner.

B. DESK
1. When out of your cell or area, your desk must be kept in a neat and orderly fashion. Only items such as a writing tablet, a pen or a book are allowed to be left out.
2. All other possessions will be kept in your bin box (Exception: toothbrush/toothpaste).
3. A total of three (3) books/magazines are allowed in your room. Religious, educational and pamphlets are exceptions. No hardback books allowed. Exception: school books.
4. All material in your possession must be able to fit in your bin box. All excess material must be put in the Property Room.

C. URINAL/SINK
1. Urinal/sink will be kept clean at all times.
2. Toothbrush and toothpaste may be kept in sink area.

D. GENERAL
1. Nothing is to be posted, taped, glued or in any way placed on any surface in the cells, dorms, vents or bunks.
2. Your room will be kept clean and neat at all times. It any item in your room needs repair, contact the Module Officer.
3. Your bin box must be kept under desk or bunk.
4. Shoes will be kept under desk or bunk.
5. Nothing is to be placed on or hung on lights.
6. Personal laundry may be hung from the rack in cell, hung on the foot of bunk (in dorm) or in cabinet or kept in cell box.
7. Towels may be:
   CELL Hung on towel rack or wall; hung on hook on sink, tri-folded and angled on corner of bunk, placed in cell box.
   DORM Hung on end of bunk, placed in cell box; tri-folded and angled on corner of bunk.

## AUTHORIZED ITEMS

Any excess items, including excess commissary, will be stored in Property Room:

Coveralls (pair) ............................ 1
(Module Workers)
Sheets ........................................... 2
Towel ............................................ 2
(Module Workers)
Mattress ........................................ 1
Cup ............................................... 1
Blanket .......................................... 1
Comb or Pick .................................. 1
Toothpaste ..................................... 1
Toothbrush ..................................... 1
Deodorant ...................................... 1
Commissary items [receipts must be available for all items].

*A5 06   5/13/06   These are all the Rules.*

2. No prisoner is allowed in another prisoner's room or within two feet of door.
3. During lockdown periods, prisoners will proceed immediately directly to their room and close the door. If you do not have a cell, get on your bed and stay there.
4. Prisoners are not allowed behind Officer's work station without permission (exception sink/shower).
5. The door to outdoor rec will stay closed.
6. Do not slide down banister. Do not slide anything down stairs or banister.
7. Do not run up or downstairs.
8. Keep feet off furniture and do not lay back in your chair.
9. No ping pong, handball or basketball before 10:00 A.M. or after 8:00 P.M. No one-on-one basketball or teams.
10. Only Officers can change TV channels or adjust volume.

## CLOTHING/LAUNDRY

1. Coveralls must be worn appropriately except when exercising; shoes worn at all times. No "sagging". T-shirts must be tucked in.
No modified uniforms. Do not roll up pant legs or sleeves and pants must be pulled up.
2. Prisoners may keep up to a total of three (3) sets of underwear which may include long johns.
T-shirts must have no inscriptions, pockets or designs except those sold in Commissary or otherwise provided by the Jail.
3. The Jail is not responsible for loss or damage of personal property.
4. Shoes must be worn when out of bed.

## GRIEVANCES/GUIDELINES FOR FILING GRIEVANCES

Fill out grievance form available in the module and submit to Department staff. You will receive a written response. If grievance involves "lack of service", you must first fill out the requesting service and get written response (see Written Request section). If no response in three (3) working days, you may file grievance. You can't grieve staff action which was taken in accordance with facility or module rules. Example: If rule states a certain lockdown time, you cannot grieve enforcement by staff. If you waive your right to a disciplinary hearing, you cannot grieve sentence as it's within established range. You must receive answer to grievance before refiling. If no response in seven (7) work days, you may re-file grievance. Managers may designate grievances as frivolous and charge you with a "false reporting" violation.

## DISCIPLINARY ACTION

While confined in the Snohomish County Jail, you are subject to disciplinary and administrative action for violation of any law of the State of Washington and the Rules Governing the Snohomish County Jail. Chargeable offenses may be referred directly to the Prosecuting Attorney or in addition to a hearing. However, the fact that a prisoner has received punishment as the result of a Jail Disciplinary Hearing or as a result of administrative action, does not prevent subsequent prosecution if the violation was a chargeable offense.

## CONTRABAND

Any items not authorized in these rules or by written approval of staff. See violations 12, 50 and 65 for details. This would also include commissary that you do not have a receipt for.

## RULE VIOLATIONS

Punishment for minor violations will usually be handled by the Module Officer and may include an infraction report, lockdown or work detail. Such acts may include but are not limited to:

MINOR VIOLATIONS include acts which interfere with the orderly operation of the facility, but do not present an immediate threat to security or safety of prisoners, staff or visitors.

1. Noise such as arguing, shouting, whistling, rattling or pounding on doors/windows, unless for an emergency.
2. Unauthorized communication between prisoners.
3. Failure to perform routine duties such as cleaning housing areas, making beds or failing to keep personal hygiene.
4. Failure to wear complete prisoner uniform, including shoes.

5. "Horseplay," teasing or verbally harassing another prisoner.
6. Possessing unauthorized amounts of property, i.e., food, clothes, books, 7.
8. Entering an unauthorized area.
9. Failure to use Jail furniture property, i.e., leaning back on chairs, sitting on tables, etc.
10. Loitering outside other prisoner's cell or visit rooms.
11. Other acts not described above which disrupt the orderly operation of the facility.
11. Buying, selling, trading, passing or transfer of property or commissary.
12. Contraband, i.e., unaltered paper clips, pencils and screws.
13. Attempt: Attempting to commit any of the above offenses.

MAJOR offenses include repeated minor rule infractions, cases where the discipline for a minor violation has no deterrent effect and/or violations which cannot be considered minor. These violations may present an immediate threat to security or the safety of prisoners, staff or visitors. Such acts may include but are not limited to:

31. Repeated minor violations which is more than three (3) repeated and documented minor violation reports within a 30 day period.
32. Profanity, derogatory remarks or gestures towards staff/volunteers/other prisoners.
Examples include derogatory remarks related to race, sex, religion or handicap.
33. Disobeying and/or failing to obey an order.
34. Lying to a staff member, including manipulation or forging of documents.
35. Provoking or participating in a fight or molesting another prisoner.
36. Disrupting and/or abusing programs, medical services, religious services or food service.
37. Stopping or placing of foreign matter in toilets or mechanical devices.
38. Flooding any area of the facility.
39. Defacing or hanging items from any walls, fixtures, ceilings or windows.
40. Jumping, hanging, standing, sitting or leaning on from banisters, railings, stairways, fixtures or ledges.
41. Gambling in any form.
42. Interfering with lockdowns or counts.
43. Using facility equipment or areas without authorization.
44. Interfering with or harassing a prisoner during their assigned duties.
45. Unauthorized contact between prisoners, verbal or physical.
46. Entering another prisoner's room.
47. Communicating with people on the outside of the facility through windows or open rec areas, verbally or written (signs).
48. Violation of any clearly posted rule in the facility such as visiting, recreation, module, orientation, etc.
49. Abuse of prisoner services, i.e., property/money requests, etc.
50. Contraband, i.e., unauthorized clothes, any altered item such as laundry, clothing, pens, etc., smoking materials and tobacco products.
51. Smoking in any part of the Jail, Annex, Work Release, vehicle or any other unauthorized area.
52. Attempt: Attempting to commit any of the above offenses.
53. Manipulating Funds
54. Criminal charge or arrest

SERIOUS offenses include acts which constitute a violation of statutory law and/or present an immediate threat to the security of the Jail, its staff, prisoners and visitors. Such acts may include but are not limited to:

61. Repeated major violations, more than three (3) repeated major violations resulting in a guilty finding within a 60 day period.
62. Leaving the module without Module Officer's permission.
63. Assault charges may be filed separate from your violation.
64. Escape, attempted escape or aiding another in escape.
65. Contraband, i.e., alcoholic beverages, unauthorized drugs, matches, lighter, weapon, chemical agent or any object which has been modified so that it could be used as a weapon.
66. Keeping facility issued medication (or medication from any other source) or sharing medication with others.

5/13/06 - These Are All the Rules

67. Tattooing, piercing, marking or maiming any part of the body or another person's body.
68. **Theft**
69. Interfering with security operations, mechanical devices or doors of the Jail.
70. Arson.
71. Creating, inciting or participating in a riot or disturbance.
72. Destruction, alteration or misuse of property. Restitution or criminal charges may result. Includes removal of ID band.
73. Attempting to control the behavior of staff, visitor or other prisoner(s) through threats, intimidation or any other means.
74. Indecent exposure or conduct.
75. Possession of any item that may be used to retrieve items from outside the Jail, i.e. string.
76. Retrieving or attempting to retrieve (fishing) items from outside the Jail.
77. Misuse of phone, including use of call forwarding, conference calls, attempting to bypass collect call system, use of vulgar language, harassment of victims, etc.
78. Attempt. Attempting to commit any of the above offenses.
79. Any other misdemeanor or felony crime.

## NOTICE OF RIGHTS/HEARING/APPEAL

If a Disciplinary Hearing Officer has convened, you will receive written notice of the charge(s) and notice of rights at least 24 hours before the Hearing Officer considers your case. The Hearing Officer may call witnesses requested to you; they may call other witnesses or they can accept witness statement forms. You may waive the right to be present at the Hearing. The Hearing Officer will prepare a written decision including a statement of the evidence considered and the disciplinary action imposed, if any. A copy of this statement will be given to you and one will also be placed in your file. Copies of disciplinary records will be transferred where such information will serve a substantial governmental interest in the safety and security of the receiving institution. If you appeal the decision of the Hearing Officer to the Director, it must be done in writing within two (2) working days of the decision date.

## DISCIPLINARY SANCTIONS

If you are found guilty of a violation, the Disciplinary Hearing Officer may impose one or more of the following punishments depending upon seriousness and number of previous violations: Verbal warning, loss of privileges, work detail, removal from program, lockdown in module, transfer to segregation section, monetary restitution, recommendation that all or part of your "good time" not be awarded or other sanctions which may be linked to your behavior.

## AFTER YOUR RELEASE

The following social service agencies in the Everett area can assist you:

For employment needs, contact:
M-2 Job Therapy
P.O. Box 293 205 Avenue C
Snohomish, WA 98290
Phone: 360/ 568-3268

For financial, medical assistance, food stamps and alcohol and drug treatment referral, contact:
Department of Social and Health Services
840 N. Broadway
Everett, WA 98201
Phone: 425/ 339-4000

For emergency assistance and counseling for individuals and their family, food and clothing assistance, contact:
Volunteers of America Food Bank
1230 Broadway
Everett, WA 98201
Phone: 425/ 259-3192

For other assistance:
Volunteers of America
2802 N. Broadway

## MAIL

The mailing address is: Your name, I.D. number, module; Snohomish County Corrections, 1918 Wall Street, Everett, WA 98201. Mail is delivered once a day, Monday through Friday unless it is a holiday. If you are indigent, you may mail three (3) letters per week at County expense (excluding legal mail). All outgoing mail MUST have your full name, I.D. number, module number and return address in upper left-hand corner of the envelope or your mail will not go out. See posted notice regarding packages. Most packages will not be accepted. Incoming mail is checked for contraband. Mail may also be read and held for security reasons. Legal mail is checked for contraband but not read. You will be notified in writing if mail is held. You may appeal this decision to the Department Director. Book and magazines must be ordered through a valid publisher or internet retailer. They cannot be brought by family or come from book a store. No hard cover books will be accepted.

## WRITTEN REQUESTS ("KITE")

You may make requests by writing to appropriate Jail personnel. Be sure to include your name, ID, number, module and date. No answer will be given to letters which (1) Contain profanity or obscenity or a collective protest or petition; (2) Are not completely filled out with specific details of the request. Kites that have writing in the area designated for a response, will be returned unanswered.

## POSTED IN MODULE

Rules, meals, activities, etc., are posted. Occasionally, changes may be made to facility rules. All changes will be posted.

## PRISONER RIGHTS

You have the following rights while in this Jail:
ACCESS TO COURTS: You may communicate directly to the Court by letter or through your attorney. These letters do not count in the three (3) free letters per week (see Mail section).
CONFIDENTIAL ACCESS TO YOUR ATTORNEY OR FOR LEGAL ASSISTANCE: You may phone your attorney during your scheduled phone time or in case of emergency, during non-scheduled times. Private areas are available for attorney visits.
PROTECTION FROM ABUSE AND CORPORAL PUNISHMENT: The only time physical force is used is when it is necessary to restrain someone for their own protection or staff protection. Physical force is not used as a punishment. Verbal harassment or abuse is not tolerated.
FREEDOM FROM DISCRIMINATION BASED ON RACE AND SEX.
ACCESS TO: (a) Information on Jail rules and regulations and consequences; (b) Communication (mail and phone); and (c) Medical care.

## SMOKING

No tobacco products allowed in the Jail.

## MEALS

6:00 A.M., noon and 5:00 P.M. (time approximate). No second helpings; no sharing or trading food. NO FOOD FROM MEALS IN ROOM EXCEPT IF LOCKED DOWN. However, it must be eaten prior to next meal except an evening snack, which must be eaten before 10:00pm.

## VISITING

The fourth (4th) morning you are in Jail, you will be given your visiting days and hours. Special visits are available once every 30 days and must be arranged with the officer working the shift that the visit is requested. No one else may enter room when you are visiting. You may not loiter in front of visiting rooms. You will be notified in writing if a visit is denied during your scheduled time. You may appeal this action to the Department Director. Visits will be terminated if any visiting rules are broken. They can also be suspended as a result of violating visiting rules (posted).

## MODULE ACTIVITY

1. Cups, towels are to be kept in rooms unless being used. No bedding from rooms/dorms is allowed in dayroom or rec room. Your bed must be made neatly at all times.

*As of 5/13/06 These Are All the Rules*